Núm. 9888.—Pueblo, apldo. *v.* Márquez, aplte.—C. D. Humacao. Acometimiento y agresión grave. Marzo 24, 1943.

Vista la moción del Fiscal de este Tribunal solicitando la desestimación de este recurso por no haber sido notificado del mismo el Fiscal de Distrito, y vista la contestación a dicha moción, presentada por el acusado, y la prueba documental que acompaña, de la que aparece que si bien el Fiscal de Distrito fué notificado del escrito de apelación por correo y no personalmente, sin embargo el propio Fiscal admite que recibió dicho escrito de apelación, no ha lugar a la desestimación solicitada. Véase *Pueblo* v. *Arroyo,* 54 D.P.R. 895.

Núm. 9912.—Pueblo, apldo. *v.* Colón, aplte.—C. D. Humacao. Hurto mayor. Marzo 29, 1943.

Llamado este caso para vista, compareció El Pueblo de Puerto Rico por su Fiscal, y resultando que si bien el acusado apelante ha radicado su alegato aparece no obstante que el escrito de apelación no fué notificado a la parte apelada, procede desestimar y por la presente se desestima el recurso por falta de jurisdicción.